IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NOVOZYMES A/S and
NOVOZYMES NORTH AMERICA,
INC.,

JUDGMENT IN A CIVIL CASE

    Plaintiffs,

Case No. 10-cv-251-bbc

v.

DANISCO A/S, GENENCOR
INTERNATIONAL WISCONSIN,
INC., DANISCO US INC. and
DANISCO USA INC.,

    Defendants.

---

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been considered and tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered:

    1. in favor of defendants Danisco A/S, Genencor International Wisconsin, Inc., Danisco US Inc. and Danisco USA Inc. on plaintiffs Novozymes A/S's and Novozymes North America, Inc.'s claims that defendants' "whole broth" products infringe claims 1-5, 8-13 and 15-16 of U.S. Patent 7,713,723, either literally or under the doctrine of equivalents; in favor of defendants on their counterclaim that their "whole broth" products do not infringe claims 1-5, 8-13 and 15-16 of the '723 patent.

    2. in favor of plaintiffs on their claims that defendants' "clarified" products

infringe claims 1-5, 8-13 and 15-16 of the '723 patent; in favor of plaintiffs on defendants' counterclaim that their "clarified" products do not infringe claims 1-5, 8-13 and 15-16 of the '723 patent.

    3. in favor of plaintiffs on defendants' counterclaims for inequitable conduct and prosecution laches;

    4. in favor of plaintiffs on defendants' counterclaims that claims 1-17 of the '723 patent are invalid because they lack an adequate written description, are not enabled and were derived from defendants;

    5. plaintiffs are awarded the amount of $8,151,000 for loss of sales of its Liquozyme products and $8,508,500 for loss of sales of glucoamylase;

    6. plaintiffs are awarded a reasonable royalty of $1,560,000 for those infringing sales for which plaintiffs did not prove its entitlement to lost profits; and

    7. defendants' infringement of the '723 patent was willful.

Approved as to form this 27th day of October, 2011.

*Barbara B. Crabb*
Barbara B. Crabb,
District Judge


*Peter Oppeneer*                10/27/11
Peter Oppeneer, Clerk of Court           Date