IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOVOZYMES A/S and
NOVOZYMES NORTH AMERICA, INC.,

                                                          ORDER

            Plaintiffs,

                                                          10-cv-251-bbc

    v.

DANISCO A/S,
GENENCOR INTERNATIONAL WISCONSIN, INC.,
DANISCO US INC. and DANISCO USA INC.,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

After the jury awarded plaintiffs Novozymes A/S and Novozymes North America, Inc. more than $18 million for infringement by defendants Danisco A/S, Genencor International Wisconsin, Inc., Dansico US Inc. and Danisco USA Inc. of U.S. Patent No. 7,713,723, plaintiffs requested a hearing on their motion for a permanent injunction. Although I originally scheduled a hearing for November 18, upon further reflection I believe that it would be a wiser use of judicial resources to follow the court's normal practice for resolving similar motions in patent cases. That is, I will decide plaintiffs' motion for an injunction in the context of resolving any other postverdict motions filed by the parties. If I conclude that

1

a hearing is necessary after reviewing the parties' submissions, I will schedule one at that time.

ORDER

IT IS ORDERED that the hearing on plaintiffs Novozymes A/S's and Novozymes North America, Inc.'s motion for a permanent injunction scheduled for November 18, 2011, is CANCELED. Defendants Danisco A/S, Genencor International Wisconsin, Inc., Danisco US Inc. and Danisco USA Inc. may have until November 23, 2011 to file a brief in opposition to plaintiffs' motion. Plaintiffs may have until December 2, 2011, to file a reply brief. The previous order giving defendants until November 14, 2011, in which to file a brief in opposition to plaintiffs' motion for a permanent injunction is rescinded.

Entered this 8th day of November, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge