IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NOVOZYMES A/S and NOVOZYMES
NORTH AMERICA, INC.,

      Plaintiffs,

v.

DANISCO A/S, GENENCOR
INTERNATIONAL WISCONSIN, INC.,
DANISCO US INC. and DANISCO USA
INC.,

      Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 10-cv-251-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Danisco A/S, Genencor International Wisconsin, Inc., Danisco US Inc. and Danisco USA, Inc., declaring that claims 1-17 of U.S. Patent No. 7,713,723 are invalid for lack of an adequate written description.

APPROVED AS TO FORM this 11th day of May, 2012.

*[signature: Barbara B Crabb]*
Barbara B. Crabb, District Judge

*[signature: Peter Oppeneer]*      5/15/12
Peter Oppeneer, Clerk of Court      Date